No. 362. RABINOWITZ *v.* UNITED STATES. The petition for writ of certiorari to the United States Court of Appeals for the Second Circuit is denied for the reason that application therefor was not made within the time provided by law. Rule 37 (b) (2) of the Rules of Criminal Procedure. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Arthur*

*Levitt* and *Abraham Lillienthal* for petitioner.  *Solicitor General Perlman* for the United States.